FILED
 2009 Dec-21  AM 11:09
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:09-cv-01561-KOB-TMP |
| | ) |
| Dr. WHITLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 10, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on November 17, 2009. In his objections, the plaintiff continues to complain in general terms about the state of his health, but he fails to specifically show how any one of the defendants has acted with "an attitude of deliberate indifference" toward his medical problems, or that he has suffered significant harm from any alleged denial of care. *See Taylor v. Adams*, 221 F.3d 1254, 1258 (11th Cir. 2000). In fact, the plaintiff attaches exhibits to his objections that evidence ongoing medical care by both prison medical staff and outside physicians.[1]

---

[1] On December 4, 2009, the plaintiff filed another pleading styled "Motion to Amend Answer to Magistrate Recommendation" (Doc. #15) in which he states that Dr. Whitley took him off all blood pressure medication on November 1, 2009, and that C.M.S. refuses to "spend any money" to have a cyst removed

Therefore, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court finds that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

DONE and ORDERED this 21st day of December, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

from his right wrist. The plaintiff's motion is **GRANTED** only to the extent that the statements therein will be considered as additional objections to the magistrate judge's report and recommendation. However, nothing in the plaintiff's additional objections evidences acts or omissions on the part of any of the defendants that rise to the level of an Eighth Amendment violation.